CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **KEESHIA GAZZIANO O/B/O H.S.H. (a minor),** | ) )  )  ) Case No. 1:25CV00022 ) ) **ORDER** ) ) J‌UDGE J‌AMES P. J‌ONES ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| **FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

It appearing that no objections have been timely filed to the Report, Dkt No. 25, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. The final decision of the Commissioner of Social Security is VACATED and this case is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further development in accord with the Report.

ENTER: February 9, 2026

/s/ J‌AMES P. J‌ONES
Senior United States District Judge